# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL ACTION NO. 1:13-CV-00096-GCM

| | |
|---|---|
| CHARLES A. BROWN, | ) |
| **Plaintiffs,** | ) |
| v. | ) **ORDER** |
| CAROLYN W. COLVIN, | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on the Fourth Circuit's Opinion (Doc. No. 19) and Mandate (Doc. No. 22). Consistent with the Court's instructions, the Order granting the Commissioner's Motion for Summary Judgement is **VACATED** and this matter is **REMANDED** to the Social Security Administration for further proceedings consistent with the Fourth Circuit's opinion. The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Signed: April 6, 2016

Graham C. Mullen
United States District Judge