UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-96

| | | |
|---|---|---|
| CHARLES BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Order** |
| | ) | |
| NANCY BERRYHILL, | ) | |
| Acting Commissioner Of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees. (Doc. No. 25).

Under 42 U.S.C. § 406(b), whenever a claimant receives a favorable judgment to a claimant represented by an attorney, the court may "allow as part of its judgment a reasonable fee for such representation, not in excess of 25 percent of the total of the past-due benefits to which the claimant is entitled." Counsel for Plaintiff has shown that she has expended 68.5 hours on Plaintiff's case and requests a fee of $14,780.50 from the Commissioner, which is less than 25 percent of the past-due benefits to which Plaintiff is entitled. The Commissioner has not opposed this Motion and has previously indicated to Plaintiff that it does not believe this fee would result in a windfall to Plaintiff's counsel.

Upon receipt of the § 406(b) fee, Plaintiff's counsel will reimburse Plaintiff the EAJA fee of $11,886.25 that was previously ordered by this Court. (Doc. No. 21)

It is therefore **ORDERED** that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $14,780.50 from Plaintiff's back benefits and Plaintiff's counsel pay to Plaintiff $11,886.25.  Upon the payment of such sums this case is dismissed with prejudice.

Signed: December 11, 2017

Graham C. Mullen
United States District Judge